UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JENNIFER DARMINIO,
                Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION
SERVICES, LLC; AMERICAN EXPRESS;
and JP MORGAN CHASE BANK, N.A.,
                Defendants.
--------------------------------------------------------------x

**ORDER REGARDING SEALED DOCUMENTS**

22 CV 9434 (VB)

      The Court having So Ordered plaintiff and defendant JP Morgan Chase Bank, N.A.'s Protective Order, dated September 12, 2023, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: September 12, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge