UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

JENNIFER DARMINIO,

          Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION SERVICES,
LLC; and AMERICAN EXPRESS,

          Defendants.

--------------------------------------------------------------x

FILED: 11-6-23

**PARTIAL ORDER OF DISMISSAL**

22 CV 9434 (VB)

    The Court has been advised that plaintiff and defendants Equifax Information Services, LLC ("Equifax") and Experian Information Solutions, Inc. ("Experian") have reached a settlement in principle in this matter. (Doc. # 90). Accordingly, it is hereby ORDERED that this action is dismissed <u>against defendants Equifax and Experian only</u>, without costs, and without prejudice to the right to restore the action against defendants Equifax or Experian to the Court's calendar, provided the application to restore the action is made by no later than December 21, 2023. To be clear, any application to restore the action against Equifax or Experian must be filed by December 21, 2023, and any application to restore the action against Equifax or Experian filed thereafter may be denied solely on the basis that it is untimely.

    The Clerk is instructed to terminate Equifax and Experian as defendants in this case.

Dated: November 6, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge