USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JENNIFER DARMINIO,
                Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., and
AMERICAN EXPRESS,
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 9434 (VB)

       On June 2, 2023, the Court so-ordered a Stipulation and Consent Order, in which plaintiff and defendant American Express National Bank ("American Express") agreed to submit their dispute to binding arbitration. (Doc. #62). The Court also stayed plaintiff's claims against American Express during the pendency of the arbitration proceedings.

       Accordingly, it is HEREBY ORDERED:

       By May 31, 2024, and every ninety days thereafter, plaintiff and American Express shall inform the Court by joint letter of the status of arbitration. Additionally, within ten days of the completion of the arbitration, the parties shall provide a joint status report to the Court.

Dated: May 13, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge