USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|13|2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JENNIFER DARMINIO,
      Plaintiff,
v.

JPMORGAN CHASE BANK, N.A., and
AMERICAN EXPRESS,
      Defendants.
--------------------------------------------------------------x

**PARTIAL ORDER OF DISMISSAL**

22 CV 9434 (VB)

  The Court has been advised that plaintiff and defendant JPMorgan Chase Bank, N.A., ("Chase") have reached a settlement in principle in this matter. (Doc. #119). Accordingly, it is hereby ORDERED that this action is dismissed <u>against defendant Chase only</u>, without costs, and without prejudice to the right to restore the action against defendant Chase to the Court's calendar, provided the application to restore the action is made by no later than July 12, 2024. To be clear, any application to restore the action against Chase must be filed by July 12, 2024, and any application to restore the action against Chase filed thereafter may be denied solely on the basis that it is untimely.

  All other deadlines, scheduled conferences, or other court appearances are cancelled. Any pending motions are moot.

  The Clerk is instructed to terminate Chase as a defendant in this case.

Dated: May 13, 2024
   White Plains, NY

            SO ORDERED:

            _____
            Vincent L. Briccetti
            United States District Judge