**SCHLANGER LAW GROUP LLP**

November 7, 2024

**VIA ECF**

Hon. Vincent L. Briccetti
U.S. District Court - S.D.N.Y.
300 Quarropas St.
White Plains, NY 10601

      **Re:**      *Darminio-ARB v. American Express*
      **Civil Action No.:**      7:22-cv-09434-VB

### STATUS REPORT REGARDING SETTLEMENT

Your Honor:

    My office represents Plaintiff in the above-referenced matter.

    I write on behalf of Plaintiff and Defendant American Express National Bank ("Defendant") to provide a status report regarding the settlement between Plaintiff and Defendant. ECF No. 129.

    Plaintiff and Defendant have executed the settlement agreement and are pending completion of its final term.

    In light of the foregoing, Plaintiff and Defendant jointly request until December 6, 2024, to file a stipulation of dismissal and, if a stipulation is not filed by that date, propose that they shall provide the Court with a status report regarding finalization of settlement. We apologize to the Court for the delay in providing this status report.

                        Respectfully,

                        */s/H. Cooper Ellenberg*

                        H. Cooper Ellenberg

cc: All Counsel (via ECF)

**New York City:**
60 East 42nd Street, 46th Floor
New York, NY 10165

**Harrison (Westchester), NY:**
600 Mamaroneck Ave., Suite 400
Harrison, NY 10528

**Rochester, NY:**
45 Exchange Blvd., Suite 600
Rochester, NY 14614

**T.** 212.500.6114
**F.** 646.612.7996
**E.** hellenberg@consumerprotection.net

*Please use our ROCHESTER address for all hard copy correspondence.*