UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER DARMINIO,<br><br>    *Plaintiff*,<br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>    *Defendant*. | Civil Action No.: 7:22-cv-09434-VB<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

  Pursuant to Local Civil Rule 1.4 and subject to the Court's permission, H. Cooper Ellenberg seeks to withdraw as counsel for Plaintiff Jennifer Darminio ("Plaintiff"). Good cause exists for my withdrawal on the basis that my employment with the Schlanger Law Group is ending on December 30, 2024 at 5:00 p.m. EST: after that time I will no longer be able to act on behalf of Plaintiff.

  My withdrawal from this case will not impact any future deadlines or dates in this matter or otherwise affect the posture of this case. I am not asserting a retaining or charging lien. The below-listed counsel will continue to serve as counsel of record for Plaintiff.

    Daniel A. Schlanger
    Schlanger Law Group LLP
    60 East 42nd Street
    46th Floor
    New York, New York 10017

  Accordingly, Plaintiff respectfully requests that the Court order the withdrawal of H. Cooper Ellenberg as counsel for Plaintiff.

Dated: December 30, 2024

            Respectfully submitted,

            */s/H. Cooper Ellenberg*
            H. Cooper Ellenberg
            Schlanger Law Group, LLP
            *Counsel for Plaintiff*

Dated: _____     SO ORDERED:

            _____
            United States District Judge